**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-6716**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

TERRENCE LEE HOGGARD, a/k/a Chuck,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Henry C. Morgan, Jr., District Judge. (CR-92-73, CA-97-427-2)

———————

Submitted: November 19, 1998      Decided: December 2, 1998

———————

Before HAMILTON and WILLIAMS, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Terrence Lee Hoggard, Appellant Pro Se.  Mary Ann Snow, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Terrence Lee Hoggard appeals the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny the motion for a certificate of appealability, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court. United States v. Hoggard, Nos. CR-92-73; CA-97-427-2 (E.D. Va. Apr. 13, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED